CATHERINE WILKUS, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment of the City Court of Yonkers in an action to recover on a life insurance policy and order denying defendant's motion to set aside the verdict affirmed, with costs. No opinion. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Tompkins, J., dissents and votes for reversal and dismissal of the complaint with the following memorandum: The fact that three juries have given plaintiff verdicts is not a good reason for affirming this judgment. I never did believe in that doctrine. If the first verdict was against the weight of evidence, the second and third were likewise. The evidence was substantially the same on all trials.

GEORGE H. ZATOR, Respondent, v. NOWY SWIAT PUBLISHING Co., INC., and Others, Appellants.— In an action for libel, judgment reversed on the law and a new trial granted, costs to appellants to abide the event. In our opinion, prejudicial errors were committed by the court in excluding testimony offered by the defendants to show what occurred and what statements were made by the plaintiff and others at the bondholders' meeting, in submitting to the jury the question of special damages, which were not pleaded, and in refusing to charge the jury on that subject, as requested by defendants' counsel. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.